1012

[No. 53687-7-I.   Division One.   January 18, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. D.J.V. *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-8-03433-1, Patricia H. Aitken, J. Pro Tem., entered January 20, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53745-8-I.   Division One.   January 18, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. LEROY PHILLIP SINGLETON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-08702-1, Michael Hayden, J., entered February 3, 2004. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 53932-9-I.   Division One.   January 18, 2005.]

JOHN GUYDISH, ET AL., *Appellants,* v. UNITED STATES BAKERY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-2-14348-2, James A. Doerty, J., entered February 12, 2004. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Agid and Schindler, JJ.

[Nos. 53999-0-I; 54050-5-I.   Division One.   January 18, 2005.]

*In the Matter of the Marriage of* RICHARD WILLIAMS, *Appellant,* and SHARON WILLIAMS, *Respondent.*

Appeals from a judgment of the Superior Court for Whatcom County, No. 02-3-00870-4, Michael F. Moynihan, J., entered February 20, 2004. *Affirmed in part, reversed in part* and *remanded* by unpublished per curiam opinion.